FILED IN CHAMBERS
1-3-05
Luther D. Thomas, Clerk
*B. Martin*
Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DATASCAPE, INC., a Georgia Corporation, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:01-CV-2246-CAP |
| FLEETBOSTON FINANCIAL CORPORATION, a Rhode Island Corporation, and FLEETBANK (RI), NATIONAL ASSOCIATION, a banking organization chartered in Rhode Island, | |
| Defendants. | |
| DATASCAPE, INC., a Georgia Corporation, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:01-CV-3252-CAP |
| PROVIDIAN FINANCIAL CORPORATION, a Delaware Corporation, and PROVIDIAN NATIONAL BANK, a banking organization chartered in New Hampshire, | |
| Defendants. | |
| VISA USA, INC., a Delaware Corporation, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:02-CV-0289-CAP |
| DATASCAPE, INC., a Georgia Corporation, | |
| Defendant. | |

## O R D E R

The Court has been informed that the parties have resolved their claims. Accordingly, this case is hereby DISMISSED. This dismissal is, however, without prejudice to the right of any party to reopen the action within 120 days if settlement is not consummated.

SO ORDERED, this \_\_\_3\_\_\_ day of January, 2005.

_____
CHARLES A. PANNELL, JR.
United States District Judge