ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEB 1 0 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

DATASCAPE, INC., a Georgia
Corporation,

    Plaintiff and Counterdefendant,

       v.

FLEETBOSTON FINANCIAL
CORPORATION, a Rhode Island
Corporation and FLEETBANK (RI)
NATIONAL ASSOCIATION, a
Banking Organization Chartered in
Rhode Island,

    Defendants and Counterclaimants.

Civil Action No.: 1:01-CV-2246 (CAP)

## STIPULATION FOR DISMISSAL

Having resolved the above-captioned action to the mutual satisfaction of the parties, Plaintiff and Counterdefendant Datascape, Inc. and Defendants and Counterclaimants FleetBoston Financial Corporation and FleetBank (RI) National Association, hereby stipulate and agree that the action be and is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Entered as dismissed pursuant to
Rule 41(a)(1)(i)(ii), F.R.C.P.

Luther D. Thomas, Clerk
By: _____
Deputy Clerk

DATED: February 9, 2005

_____
Stephen R. Risley
Georgia Bar No. 606545
**THOMAS, KAYDEN, HORSTEMEYER & RISLEY L.L.P.**
100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339

Attorneys for Plaintiff and Counterdefendant
DATASCAPE, INC.


DATED: February 10, 2005

_____
Holmes J. Hawkins
Georgia Bar No. 338681
**KING & SPALDING, L.L.P.**
191 Peachtree Street
Atlanta, Georgia 30303

Theodore T. Herhold
**TOWNSEND AND TOWNSEND AND CREW L.L.P.**
379 Lytton Avenue
Palo Alto, CA  94301

Attorneys for Defendants and
Counterclaimants FLEETBOSTON
FINANCIAL CORPORATION and
FLEETBANK (RI) NATIONAL
ASSOCIATION

(00223878)

2